# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>V.<br>AUREL STOICA,<br>Defendant(s). | **CASE NUMBER:**<br>8:25-mj-00293-DUTY<br><br>**WARRANT FOR ARREST** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest AUREL STOICA

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☒ Complaint ☐ Indictment ☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice

charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

Illegal Alien Found in the United States Following Deportation or Removal.

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___

| | |
|---|---|
| Brian D. Karth<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>[signature]<br>SIGNATURE OF DEPUTY CLERK | 04/18/2025 - Santa Ana, California<br>DATE AND LOCATION OF ISSUANCE<br><br>By: AUTUMN D. SPAETH<br>NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT<br>CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRIC OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) v. AUREL STOICA, Defendant(s) | **CASE NUMBER:** 8:25-mj-00293-DUTY <br><br> **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| | | | | | | |

| DATE OF BIRTH: | PLACE OF BIRTH: | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|
| | | | | |

| ALIASES: | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: |
|---|---|
| | |

| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE: |
|---|---|---|---|---|---|
| | | | | | |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

**FBI NUMBER:**

**ADDITIONAL INFORMATION:**

| INVESTIGATIVE AGENCY NAME | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|
| | |

**NOTES:**